# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| In re: <br><br> Sia B. Knight, <br><br> Debtor. | ) <br> ) <br> ) Case No. 20-10135-BFK <br> ) Chapter 7 <br> ) <br> ) |

## ORDER APPROVING APPLICATION TO
## EMPLOY REAL ESTATE AGENT AND BROKER

THIS MATTER came on before the Court upon consideration of the Application (Docket No. 20) of H. Jason Gold, Trustee ("Trustee"), seeking authority to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and Robert Walters) (collectively, "Agent") as Trustee's real estate agent, and Agent's affiliated broker, Century 21 New Millennium ("Broker"), as Trustee's real estate broker, for the purpose of marketing and selling improved residential real property located at 2180 Armitage Court, Woodbridge, Prince William County, Virginia 22191, Tax ID No. 8390-19-2308, having a legal description of Lot 72, Section 8, Rippon Landing (the "Property"); and upon the *Declaration of Stephen Karbelk*, it appearing that Agent and Broker have no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, that it does not hold or represent any interest adverse to the bankruptcy estate herein, and that it qualifies as a disinterested person within the meaning of the Bankruptcy Code; it further appearing that Agent's and Broker's employment herein is necessary and in the best interests of the bankruptcy estate; it is, therefore

Robert M. Marino, Esq. VSB#26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-694-5109
Email: rmmarino@rpb-law.com
Proposed Counsel for H. Jason Gold, Trustee

ORDERED, that the Trustee is authorized to employ the Agent and Broker pursuant to 11 U.S.C. § 327(a), as a real estate agent and broker to market and sell the Property; and it is

FURTHER ORDERED, that the Agent's and Broker's employment is subject to the terms and conditions set forth in the Application; and it is

FURTHER ORDERED, that the Agent is authorized to put all utility accounts, including the electric, gas and water accounts, into the name of Stephen Karbelk or RealMarkets, as Agent for the Trustee; that Agent shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing; that Agent is also authorized to incur property maintenance and property preservation services and expense; and that, subject to further order and approval of this court, Agent shall be reimbursed for all utility expenses, property maintenance expenses and property preservation expenses upon the sale of the Property; and it is

FURTHER ORDERED, that compensation to Agent and Broker shall only be paid upon further Order of this Court; and it is

FURTHER ORDERED, that no agent or broker in any Century 21 New Millennium office may represent a buyer for the purchase of the Property; provided, however, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and that any provision in the Broker's listing agreement allowing designated representation or dual representation by agents or brokers in a Century 21 New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court.

Dated: Mar 18 2020

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: March 18, 2020

[Counsel signatures on next page]

2

I ASK FOR THIS:

/s/Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Proposed Counsel for H. Jason Gold, Trustee

SEEN AND APPROVED:

/s/ Jack I. Frankel
Jack I. Frankel
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

## Certification Pursuant to Local Rule 9-22-1(C)
I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

H. Jason Gold, Trustee
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Brian K. Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
20405 Exchange Street, Suite 221
Ashburn, Virginia 20147